The Kelly Lumber Company, Plaintiff, v. The Otselic Valley Railroad Company, Defendant. Benjamin F. Gladding, Appellant; Eugene Clinton, Receiver, Respondent. Application by the receiver for an order appointing a referee in the matter of the application to compel an officer of said company, and other persons, to turn over to the receiver property concealed and withheld by them, any or either of them.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Kellogg, J., not voting.

Littlefield Stove Company, Appellant, v. The City of Albany, Respondent. — Judgment unanimously affirmed, with costs.

Charlotte Manning, Respondent, v. Reis Circuit Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Peter H. Muldowney and Edward J. Muldowney, Respondents, v. American Hide and Leather Company, Appellant.— Judgment and order unanimously affirmed, with costs.

John McVey, Respondent, v. Security Mutual Life Insurance Company, Appellant.— Judgment affirmed, with costs. All concurred, except Smith, P. J., dissenting.

In the Matter of the Application of Jane A. Lavery, Respondent, for a Writ of Certiorari. Van Ness Webster and Others, as Assessors of the Village of Waterford, New York, Appellants.— Final order unanimously affirmed, with costs to relator.

William McGraw and Others, Respondents, v. Israel M. Cohn, Appellant.— Judgment and order affirmed, with costs. All concurred, except Smith, P, J., and Houghton, J., dissenting.

Ellen P. Mitchell, as Survivor of Benjamin B. Mitchell and Others, Appellant, v. Erwin J. Baldwin and Francis E. Baldwin, Respondents.— Judgment affirmed, with costs. All concurred, except Smith, P. J., not voting.

In the Matter of the Judicial Settlement of the Estate of Joseph McCrea, Deceased. J. Albert McCrea and Mary J. Gettys, as Executors, etc., of Joseph McCrea, Deceased, Appellants; Edith McCrea, Respondent. — Decree unanimously affirmed, with costs.